# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

_____

EDWARD MARTELL,

        Plaintiff,

v

HOLCIM (US) INC.
a foreign profit corporation,

        Defendant.

CASE NO. 21-cv-10964
HON. PAUL D. BORMAN

| | |
|---|---|
| Barry S. Fagan (P34275) | Terrence J. Miglio (P30541) |
| Ryan O. Rosenberg (P84530) | Barbara E. Buchanan (P55084) |
| FAGAN MCMANUS, P.C. | Butzel Long |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 25892 Woodward Avenue | 201 W. Big Beaver, Suite 1200 |
| Royal Oak, MI 48067-0910 | Troy, MI 48084 |
| (248) 542-6300 | Tel. (248) 258-1616 |
| bfagan@faganlawpc.com | Fax. (248) 258-1439 |
| rrosenberg@faganlawpc.com | miglio@butzel.com |
| | buchanan@butzel.com |

## STIPULATION TO DISMISS WITH PREJUDICE AND WITHOUT COSTS OR FEES

    Pursuant to stipulation by and between the respective parties through their respective counsel, and the Court being duly advised in the premises;

    The parties agree to dismiss this action with prejudice and without the payment of costs or fees.

**IT IS SO ORDERED.** This Order resolves all claims and closes the case.

Dated: November 4, 2021

s/Paul D. Borman

Hon. Paul D. Borman
United States District Court Judge

**APPROVED AS TO FORM AND SUBSTANCE:**

/s/ Barry S. Fagan (w/consent)
Barry S. Fagan (P34275)
Ryan O. Rosenberg (P84530)
FAGAN MCMANUS, P.C.
Attorneys for Plaintiff
25892 Woodward Avenue
Royal Oak, MI 48067-0910
(248) 542-6300
bfagan@faganlawpc.com
rrosenberg@faganlawpc.com

/s/ Terrence J. Miglio
Terrence J. Miglio (P30541)
Barbara E. Buchanan (P55084)
Butzel Long
Attorneys for Defendant
201 W. Big Beaver, Suite 1200
Troy, MI 48084
Tel: (248) 258-1616
Fax: (248) 258-1439
miglio@butzel.com
buchanan@butzel.com

Dated November 4, 2021